MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ALLISON MARSTON DANNER (CABN 195046)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-0910
  FAX: (408) 535-5066
  Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>    Plaintiff, </br></br>    v. </br></br>DOUGLAS WEINSTEIN, </br></br>    Defendant. | No. CR 11-00185 LHK </br></br>STIPULATION AND [P~~ROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE FROM OCTOBER 19, 2011 TO DECEMBER 7, 2011 </br></br>Date:    October 19, 2011 </br>Time:   10:00 a.m. </br>Court:   The Hon. Lucy H. Koh |

     There is currently a status date scheduled in the above-captioned matter on October 19, 2011. Government and defense counsel jointly move the vacate the current status date and to set a new status date of December 7, 2011 at 10:00 a.m. Both the government and defense counsel continue to investigate this matter, particularly with respect to forensic evidence seized in the case. The parties agree that the time between October 19, 2011 and December 7, 2011 is properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv) as reasonable time necessary for effective preparation,

USA'S STIP. TO CONTINUE DATE
FOR STATUS CONF.
[CR 11-00185 LHK]

taking into the account the exercise of due diligence, and that the interests of justice outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED:

                                      MELINDA HAAG
                                      United States Attorney

DATED: October 17, 2011                     \s\
                                      ALLISON MARSTON DANNER
                                      Assistant United States Attorney

DATED: October 17, 2011                     \s\
                                      JONATHAN MCDOUGALL
                                      Attorney for DOUGLAS WEINSTEIN

     For the foregoing reasons, the Court continues the next status conference in this case from October 19, 2011 to December 7, 2011 at 10 a.m. For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv). Accordingly, time shall be excluded from October 19, 2011 through December 7, 2011.

SO ORDERED.

DATED: 10/18/2011                                    
                                      LUCY H. KOH
                                      Judge, United States District Court