MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ALLISON MARSTON DANNER (CABN 195046)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-0910
   FAX: (408) 535-5066
   Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00185 LHK |
| Plaintiff, | ) | STIPULATION AND [P~~ROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE FROM DECEMBER 7, 2011 TO FEBRUARY 1, 2012 |
| v. | ) | |
| DOUGLAS WEINSTEIN, | ) | |
| Defendant. | ) | Date: December 7, 2011<br>Time: 10:00 a.m.<br>Court: The Hon. Lucy H. Koh |

     The parties are scheduled to appear before this Court for a status appearance on December 7, 2011. Counsel for defendant is currently in trial in state court and cannot attend the scheduled status. In addition, both defendant and the government are continuing to investigate the offense in this case. Until those investigations are completed, the parties cannot determine an appropriate resolution for this case. In light of these ongoing investigations and the unavailability of defense counsel, the parties jointly request to continue the scheduled status appearance until Wednesday, February 1, 2012 at 10:00 a.m. The parties agree that the time

USA'S STIP. TO CONTINUE DATE
FOR STATUS CONF.
[CR 11-00185 LHK]

between December 7, 2011 through February 1, 2012 is properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv) as reasonable time necessary for effective preparation, taking into the account the exercise of due diligence, and that the interests of justice outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED:

                                               MELINDA HAAG
                                               United States Attorney

DATED: December 6, 2011                \s\
                                             ALLISON MARSTON DANNER
                                             Assistant United States Attorney

DATED: December 6, 2011                \s\
                                             JONATHAN MCDOUGALL
                                             Attorney for DOUGLAS WEINSTEIN

     For the foregoing reasons, the Court continues the next status conference in this case from December 7, 2011 to February 1, 2012 at 10:00 a.m. For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv). Accordingly, time shall be excluded from December 7, 2011 through February 1, 2012.

SO ORDERED.

DATED: 12/7/11                                                *Lucy H. Koh*
                                                  LUCY H. KOH
                                                  Judge, United States District Court