MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ALLISON MARSTON DANNER (CABN 195046)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-0910
   FAX: (408) 535-5066
   Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00185 LHK |
| Plaintiff, | STIPULATION AND [P~~ROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE FROM MARCH 7, 2012 TO MARCH 28, 2012 |
| v. | |
| DOUGLAS WEINSTEIN, | |
| Defendant. | Date: March 7, 2012<br>Time: 10:00 a.m.<br>Court: The Hon. Lucy H. Koh |

The parties are scheduled to appear before this Court for a status appearance on March 7, 2012. The parties are diligently working toward a possible resolution in this case but must do further investigation before a resolution can be reached. In particular, the government is in the process of examining the six hard drives seized from the defendant to assess the motivation for defendant's purchase of the guns charged in this case. The hard drives have been imaged and prepared for forensic examination. The examination of three of the hard drives is complete, and the remaining hard drives are currently being examined. This examination is proceeding as

USA'S STIP. TO CONTINUE DATE
FOR STATUS CONF.
[CR 11-00185 LHK]

expeditiously as possible.  Counsel for defendant has been working on preparing a psychological history of the defendant, which report is almost complete.  The parties have met this week to discuss the progress made in these investigations.  However, the parties cannot resolve the case without the completion of these investigations, and the parties request a short continuance in order to do so.  For these reasons, the parties jointly request to continue the scheduled status appearance until Wednesday, March 28, 2012, at ~~10~~:00 9:00 a.m.  The parties agree that the time between March 7, 2012, through Wednesday, March 28, 2012, is properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv) as reasonable time necessary for effective preparation, taking into the account the exercise of due diligence, and that the interests of justice outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED:

                            MELINDA HAAG
                            United States Attorney

DATED: March 1, 2012           _____\\s\\_____
                            ALLISON MARSTON DANNER
                            Assistant United States Attorney


DATED: March 1, 2012           _____\\s\\_____
                            JONATHAN MCDOUGALL
                            Attorney for DOUGLAS WEINSTEIN

    For the foregoing reasons, the Court continues the next status conference in this case from March 7, 2012, to Wednesday, March 28, 2012 at ~~10:00~~ 9:00 a.m.  For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv).  Accordingly, time shall be excluded from March 7, 2012 through and including Wednesday, March 28, 2012.  SO ORDERED.

DATED: 3/1/12                                 /s/ Lucy H. Koh
                                        LUCY H. KOH
                                        Judge, United States District Court