UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:11-CR-00185-LHK |
| ) Plaintiff, ) | ORDER TO MAIL REQUEST FOR FUNDS |
| v. ) | |
| DOUGLAS WEINSTEIN, ) | |
| ) Defendant. ) | |

Defendant has indicated that he intends to pursue further investigation in connection with his case. Accordingly, Defendant shall mail to this Court a request for funds for an investigation. The request shall address: (1) what investigation is required and why; (2) how many hours of investigator time will be necessary to accomplish the investigation; (3) the investigator's qualifications; and (4) the investigator's hourly rate. The request should be addressed to the undersigned judge, not to the Assistant United States Attorney.

**IT IS SO ORDERED.**

Dated: October 23, 2012

*Lucy H. Koh*

LUCY H. KOH
United States District Judge