1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.:11-CR-00185-LHK |
|---|---|---|
| Plaintiff, | ) | ORDER AUTHORIZING VISITATION BY INVESTIGATOR |
| v. | ) | |
| DOUGLAS WEINSTEIN, | ) | |
| Defendant. | ) | |

Pro se defendant Douglas Weinstein has indicated that he is retaining the services of private investigator Scott Williams to assist in his defense. As some measure of privacy is necessary for the investigator to effectively assist Mr. Williams in his defense, the Court hereby authorizes contact visits between Mr. Weinstein and investigator Scott Williams at the Santa Clara County Department of Correction during the pendency of this case.

**IT IS SO ORDERED.**

Dated: October 24, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge